```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

SILVERIO JOSE PEDROZO OVIEDO,

        Petitioner,

v.                                                        Case No. 2:26-cv-421-JES-DNF

WARDEN, GLADES COUNTY DETENTION
CENTER, et al.

        Respondents.
_____

### ORDER

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on February 18, 2026. Pursuant to 28 U.S.C. § 2243, it is

**ORDERED**:

1. The Clerk shall serve a copy of the Petition and this Order by electronic mail to the United States Attorney for the Middle District of Florida (**USAFLM.Alcatraz@usdoj.gov**) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001) and the Warden of Glades County Detention Center, 1297 East SR 78, Moore Haven, FL 33471.

2. Counsel for respondents shall **show cause** by response and supporting memorandum why the writ should not be granted within **TEN (10) DAYS** of the date of this Order.

3. Counsel shall file all documents and transcripts necessary for resolution of the writ and certify the true cause of the detention.

4. Petitioner will have **TEN (10) DAYS** of the filing of the response to file a reply.

5. A hearing may be set upon review of the show cause response and reply.

6. Respondents may be required to produce the body of the person detained.

**DONE AND ORDERED** at Fort Myers, Florida this 24th day of February, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

caw 2/24
Copies: All parties of record